IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALEXIS CLINKSCALES o/b/o T.S., | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration, | : | |
| Defendant | : | No. 15-5509 |

**FILED**

FEB 0 8 2017

KATE BARKMAN, Clerk
By _____ Dep. Clerk

**ORDER**

AND NOW, this 8 day of Feb, 2017, upon review of the Report and Recommendation of Carol Sandra Moore Wells, United States Magistrate Judge, it is hereby **ORDERED** as follows:

1. The Report and Recommendation be **APPROVED** and **ADOPTED**:

2. That Plaintiff's Request for Review be **GRANTED**;

3. That this case be **REMANDED** to the Commissioner of Social Security, pursuant to sentence six of 42 U.S.C. § 405(g), so that the Administrative Law Judge can: (a) reassess the weight accorded the opinions of Noelle Renner, treating speech pathologist and Donna Reaves, special education teacher; (b) reconsider the extent of limitation experienced by T.S. in the domains of acquiring and using information and attending and completing tasks; (c) consider the evidence of record in light of the directives contained in SSR 98-1p.

BY THE COURT:

_____
Berle M. Schiller, J.